IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EL CARTEL RECORDS INC. AND LOS CANGRIS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MIREDDYS GONZÁLEZ-CASTELLANOS AND AND AYEICHA GONZÁLEZ-CASTELLANOS, <br><br> Defendants. | CIV. NO.: 25-1399 (SCC) |

**ORDER**

Pending before this Court is Plaintiffs' motion for preliminary injunction. Docket No. 13. Plaintiffs seek that this Court order Defendants to return the records that they deleted or removed from mireddys@cartelrecords.com, as well as any other records in their possession, custody, or control that were deleted or removed from computers that belong to Plaintiffs. Defendants, without admitting any liability, fault, or wrongdoing, accept that the Court enter this Order.

Therefore, it is hereby **ORDERED** that Defendants must make all possible efforts to return or restore to Plaintiffs all emails and files that they deleted or removed from mireddys@cartelrecords.com, and Defendants must make all possible efforts to return or restore to Plaintiffs all records in Defendants' possession that were deleted or removed from mireddys@cartelrecords.com including but not limited to those

| EL CARTEL RECORDS INC. AND LOS CANGRIS V. MIREDDYS GONZÁLEZ-CASTELLANOS AND AYEICHA GONZÁLEZ-CASTELLANOS | Page 2 |
|---|---|

in email accounts, internet-connected computers, servers and smartphones used for corporate purposes which include Ayeicha Gonzalez-Castellanos' iPad, Ayeicha Gonzalez-Castellanos' cell phone with IMEI number 354347187572470 and any other cellphone that has replaced or was being used in substitution for that device, Ayeicha Gonzalez-Castellanos' laptop, Mireddys Gonzalez-Castellanos' laptop, Mireddys Gonzalez-Castellanos' cellphone IMEI number 352206205277990 and any other cellphone that has replaced or was being used in substitution for that device, mireddys@yahoo.com, mireddys1@gmail.com, and agc2006@gmail.com, and any and all back-ups of such phones and laptops. Defendants shall hand over these devices to their counsel no later than today, August 14, 2025, at 11:59 pm.

Furthermore, in light of evidence demonstrating that emails were transmitted from a mireddys@cartelrecords.com account to a mireddys@yahoo.com, mireddys1@gmail.com, agc2006@gmail.com, and legendaddytour@gmail.com account during the period from 2020 through 2024, the Court will issue a separate order directing the third-party internet service providers to preserve the full content of those emails, including all attachments, metadata, and associated transmission data,

| EL CARTEL RECORDS INC. AND LOS CANGRIS V. MIREDDYS GONZÁLEZ-CASTELLANOS AND AYEICHA GONZÁLEZ-CASTELLANOS | Page 3 |
|---|---|

and further directing that such preserved content be produced in accordance with that separate order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of August 2025.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE