Set: 1:30 PM
Held: 10:00 AM – 11:32 AM
1:27 PM – 4:16 PM



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| MINUTES OF PROCEEDINGS | Date: August 14, 2025 |
|---|---|
| BEFORE HONORABLE SILVIA L. CARREÑO-COLL | Civil. No. 25-1399 (SCC) |

COURTROOM DEPUTY CLERK: Jyoti Mehta-López, Marian Ramírez-Rivera
COURT REPORTER: Kelly Surina
COURTROOM: Hato Rey Courtroom 3

| | Attorneys present: |
|---|---|
| **EL CARTEL RECORDS INC.** | Víctor O. Acevedo-Hernández |
| **LOS CANGRIS INC.** | Juan J. Casillas-Ayala |
| Plantiffs, | Juan C. Nieves-González |
| vs. | |
| **MIREDDYS GONZÁLEZ-CASTELLANOS** | Pedro J. Rivera-Rivera |
| | José R. Negrón-Fernández |
| | Rafael M. Santiago-Rosa |
| **AYEICHA GONZÁLEZ-CASTELLANOS** | Alberto C. Rivera-Ramos |
| Defendants. | Lucas A. Córdova-Ayuso |

**MOTION HEARING held.**

The Court first heard arguments regarding Defendants' Motion to Dismiss at Docket No. 16. Defendants moved to dismiss the Complaint because, they claim, it fails to state a plausible claim for relief. In the alternative, they argued that the *Colorado River* doctrine applied, and the Court should abstain from hearing this case. After a brief recess, the Court denied the request to dismiss for failure to state a claim but held in abeyance the matter regarding abstention. The Parties were ordered to brief the Court regarding the abstention issue by August 19, 2025.

Next, the Court turned to the request for preliminary injunction at Docket No. 3. Both Defendants took the stand. They were not cross-examined.

After the direct examination concluded, the parties announced they reached a stipulation. As part of the stipulation, the Defendants would turn over their cell phones, laptops and iPads (the devices identified during the direct examination) to their attorneys. Their attorneys, in turn, would change the passwords and usernames of those devices. A third-party provider would be retained to download and preserve the data. The devices would then be returned to the Defendants.

**MINUTES OF PROCEEDINGS**
Motion Hearing – August 14, 2025
Case No. 3:25-CV-01399 (SCC)

      The parties also agreed that the Court would issue preservation orders directed at the email service providers and orders for those providers to produce the content of the pertinent email accounts to the Court. Once the third-party provider downloads all the data from the devices, the parties will discuss how it will be filtered and reviewed. If the parties are unable to agree on a filter review protocol, the extracted data will be turned over to the Court so that it can determine how to best go about this.

      Lastly, the parties agreed to consolidate the preliminary injunction with the trial on the merits. An Initial Scheduling Conference will be set by separate order.

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy