IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EL CARTEL RECORDS, INC., et al<br><br>Plaintiff(s)<br><br>vs.<br><br>MIREDDYS GONZALEZ-CASTELLANOS, et al<br><br>Defendant(s) | CIVIL NO. 25-cv-1399<br><br>Computer Fraud and Abuse Act – 18 USC §1030, Injunctive Relief; Stored Communications Act – 18 USC §§ 2701 & 2707, Injunctive Relief |

## JOINT MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

    **NOW COMES** the Parties, through the undersigned attorneys, who respectfully state and prays:

1. Currently before the Court is Defendants' *Colorado River* Abstention argument which is fully briefed. The Parties respectfully request that the Court hold the abstention issue and all other proceedings in abeyance for 30 days. Alternatively, if the Court rules on the abstention issue and the decision is unfavorable to the movant, the Parties request that the defendants' deadline to answer the complaint be extended to 30 days—rather than the 14 days allowed under Fed. R. Civ. P. 12(a)(4)(A).

2. This request is grounded in principles of judicial economy, efficiency, and fairness. The parties are currently engaged in multiple state court actions with numerous legal issues and, in some instances, different parties. In those state court cases a similar joint request to stay proceedings for 30 days was already filed.  The parties understand that proceeding simultaneously in multiple forums without coordination risks inconsistent rulings, duplicative discovery, and unnecessary expense. To mitigate these risks, the parties have

1

conferred and are actively working toward a joint work plan to streamline discovery and information exchange across the related matters. This coordinated approach is intended to reduce duplication, promote consistency, and potentially facilitate a global resolution of disputes.

3. The magnitude and interconnectedness of these disputes further justify the requested relief. Uncoordinated litigation could prejudice parties who are not before this Court but are involved in the state proceedings. This stay jointly requested or, alternatively, an extended answer deadline will allow the parties to align their efforts and avoid unnecessary motion practice or piecemeal litigation. Importantly, this joint request is made solely to promote efficiency and conserve judicial and party resources. It should not be construed as a waiver of any claims, defenses, or remedies available to the parties in this or any other forum.

4. Good cause exists under Fed. R. Civ. P. 6(b) to grant this request. The parties' coordinated approach will likely narrow issues and reduce burdens on the Court. The requested extension is modest and will not prejudice any party. For these reasons, the Parties respectfully submit that the requested relief is both reasonable and necessary.

**WHEREFORE**, the Parties respectfully request that this Honorable Court take notice of the foregoing and GRANT the joint request to hold in abeyance the abstention issue and all other proceedings for 30 days. In the alternative, should the Court deny the request to stay this case pursuant to the *Colorado River* abstention doctrine, the Parties jointly further request that the Court extend the deadline to answer the complaint to thirty (30) days from the date of such ruling, rather than the fourteen (14) days provided under Fed. R. Civ. P. 12(a)(4)(A).

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this September 11, 2025.

*ATTORNEYS FOR PLAINTIFFS*



_____
www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433

*s/VÍCTOR O. ACEVEDO-HERNÁNDEZ*
USDC-PR No. 227813
vacevedo@cstlawpr.com

*s/JUAN J. CASILLAS-AYALA*
USDC-PR NO. 218312
jcasillas@cstlawpr.com

**COUNSELS FOR MIREDDYS GONZALEZ-CASTELLANOS**:

| | |
|---|---|
| **Marichal Hernández LLC** <br> 1510 F.D Roosevelt Avenue, Fl. 9 <br> Guaynabo, PR, 00968-2620 <br> PO Box 190095 <br> San Juan, PR 00919-0095 <br> Tel. 787.753.1565 <br> Fax. 787.763.1704 <br><br> /s/**Rafael Santiago-Rosa** <br> USDC NO.: 211705 <br> rsantiago@mhlex.com <br><br> /s/**José R. Negrón-Fernández** <br> José R. Negrón-Fernández <br> USDC P.R. NO. 212713 <br><br> /s/**Miguel A. Rangel-Rosas** <br> USDC NO.: 218601 <br> mrangel@mhlex.com | **Pedro J. Rivera Rivera, Law Office** <br> **USDC # 228702** <br> Edificio Triple S Plaza <br> 1510 Ave. FD Roosevelt <br> Ste 9B-1 <br> Guaynabo, PR 00968 <br><br> Mobile 787-599-3702 <br> E-mail: pjrivera@pjrlex.com <br><br> *S/Pedro J. Rivera-Rivera* <br> **PEDRO J. RIVERA RIVERA** |

**COUNSEL FOR AYEICHA GONZALEZ CASTELLANOS**:

**ALBERTO RIVERA-RAMOS, ESQ.**
*Attorney for* Ayeicha González-Castellanos
3001 Ave. Isla Verde
Plaza del Mar, Apt. 305
Carolina, PR 00979
Tel. (787) 239-7988
Email: rivalberto@gmail.com


By: s/*Alberto Rivera-Ramos*
USDC PR No. 227502

4