IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EL CARTEL RECORDS, INC.,** **LOS CANGRIS, INC.,** Plaintiffs, <br><br> v. <br><br> **MIREDDYS GONZÁLEZ-CASTELLANOS,** **AYEICHA GONZÁLEZ-CASTELLANOS,** Defendants. | CIVIL NO. 25-1399 (SCC) <br><br> **Nature of Claim:** Computer Fraud and Abuse Act-18 U.S.C. § 1030, Injunctive Relief; Stored Communications Act-18 U.S.C. §§ 2701 & 2707, Injunctive Relief <br><br> Jury Trial Demanded |

## MOTION TO RESTRICT

Comes now Defendants, through the undersigned counsel, and respectfully states and prays as follows:

Defendants seek leave to file a motion requesting an order restricted to only the parties access because the confidential nature of the information in the motion and its appendixes outweighs the right to public access.

**Wherefore**, Defendants respectfully requests that this Court grant the present motion.

**Respectfully submitted** on September 29, 2025.

**We hereby certify** that, on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record for the parties.

Attorneys for Plaintiffs



_____
www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433

**s/VÍCTOR O. ACEVEDO-HERNÁNDEZ**
USDC-PR No. 227813
vacevedo@cstlawpr.com

**s/JUAN J. CASILLAS-AYALA**
USDC-PR No. 218312
jcasillas@cstlawpr.com

**s/JUAN C. NIEVES-GONZÁLEZ**
USDC-PR No. 231707
jnieves@cstlawpr.com