IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EL CARTEL RECORDS, INC., LOS CANGRIS, INC.,** Plaintiffs,<br><br>v.<br><br>**MIREDDYS GONZÁLEZ-CASTELLANOS, AYEICHA GONZÁLEZ-CASTELLANOS,** Defendants. | CIVIL NO.<br><br>**Nature of Claim:** Computer Fraud and Abuse Act-18 U.S.C. § 1030, Injunctive Relief; Stored Communications Act-18 U.S.C. §§ 2701 & 2707, Injunctive Relief<br><br>Jury Trial Demanded |

## JOINT INFORMATIVE MOTION IN COMPLIANCE

Comes now Plaintiffs El Cartel Records, Inc. ("El Cartel") and Los Cangris, Inc. ("Los Cangris") and Defendant Mireddys Gonzalez-Castellanos and Ayeicha Gonzalez-Castellanos, through their undersigned counsel, and respectfully states and prays as follows:

1. Currently before the Court is Defendants' *Colorado River* Abstention argument which is fully briefed.

2. However, on September 11, 2025, the Parties requested, and the Court granted, that the Court hold the abstention issue and all other proceedings in abeyance for 30 days.

3. As stated in the Joint Motion Requesting the stay [Dkt. # 55]:

> "[The] request [was] grounded in principles of judicial economy, efficiency, and fairness [since the parties acknowledged that] they are currently engaged in multiple state court actions with numerous legal issues and, in some instances, different parties. In those state court cases a similar joint request to stay proceedings for 30 days was already filed. The parties understand that proceeding simultaneously in multiple forums without coordination risks inconsistent rulings, duplicative discovery, and unnecessary expense. To mitigate these risks, the parties have conferred and are actively working toward a joint work plan to streamline discovery and information exchange across the related matters. This coordinated approach is intended to reduce duplication, promote consistency, and potentially facilitate a global resolution of disputes."

4. The parties also stated [Dkt. #55] that "[t]he magnitude and interconnectedness of these disputes further justify the requested relief" and, finally, agreed that the stay would "allow the parties to align their efforts and avoid unnecessary motion practice or piecemeal litigation."

5. As stated above, the Court granted the motion and ordered the parties to file a Joint Informative Motion on or before October 17, 2025. [Dkt. #56]

6. The parties hereby inform that the term of the stay has expired and that, at this time, they will not seek any further extensions.

7. Additionally, the parties advise that they are working collaboratively to ensure full compliance with the Consented Order [Dkt. #34] entered by this Court on August 14, 2025.

**WHEREFORE**, the parties respectfully request that the Court note their compliance with the Court's Order at Docket No. 56.

**WE HEREBY CERTIFY** that on this date, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

**RESPECTFULLY SUBMITTED** In San Juan, Puerto Rico, this 16th day of October 2025.

**COUNSEL FOR MIREDDYS GONZALEZ-CASTELLANOS**:

| | |
|---|---|
| **Marichal Hernández LLC**<br>1510 F.D Roosevelt Avenue, Fl. 9<br>Guaynabo, PR, 00968-2620<br>PO Box 190095<br>San Juan, PR 00919-0095<br>Tel. 787.753.1565<br>Fax. 787.763.1704<br><br>/s/**Rafael Santiago-Rosa**<br>USDC NO.: 211705<br>rsantiago@mhlex.com<br><br><br>/s/**José R. Negrón-Fernández**<br>José R. Negrón-Fernández<br>USDC P.R. NO. 212713 | **Pedro J. Rivera Rivera, Law Office**<br>**USDC # 228702**<br>Edificio Triple S Plaza<br>1510 Ave. FD Roosevelt<br>Ste 9B-1<br>Guaynabo, PR 00968<br><br>Mobile 787-599-3702<br>E-mail: pjrivera@pjrlex.com<br><br>*S/Pedro J. Rivera-Rivera*<br>**PEDRO J. RIVERA RIVERA** |

2

| /s/**Miguel A. Rangel-Rosas**<br>**U**SDC NO.: 218601<br>mrangel@mhlex.com | |

**COUNSEL FOR AYEICHA GONZALEZ CASTELLANOS**:

**ALBERTO RIVERA-RAMOS, ESQ.**
*Attorney for* Ayeicha González-Castellanos
3001 Ave. Isla Verde
Plaza del Mar, Apt. 305
Carolina, PR 00979
Tel. (787) 239-7988
Email: rivalberto@gmail.com

By: s/*Alberto Rivera-Ramos*
USDC PR No. 227502

*Attorneys for Plaintiffs*



_____
www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433

s/***VÍCTOR O. ACEVEDO-HERNÁNDEZ***
USDC-PR No. 227813
vacevedo@cstlawpr.com

s/***JUAN J. CASILLAS-AYALA***
USDC-PR NO. 218312
jcasillas@cstlawpr.com

s/***JUAN C. NIEVES GONZÁLEZ***
USDC PR No. 231707
jnieves@cstlawpr.com