UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EL CARTEL RECORDS, INC.,** <br> **LOS CANGRIS, INC.,** <br> Plaintiffs, <br><br> v. <br><br> **MIREDDYS GONZÁLEZ-CASTELLANOS,** <br> **AYEICHA GONZÁLEZ-CASTELLANOS,** <br> Defendants. | **CIVIL NO. 25-1399 SCC-HRV** |

**NOTICE OF INTENT TO OPPOSE AND ADVANCE FILING OF OPPOSITION**

COMES NOW Defendant MIREDDYS GONZÁLEZ-CASTELLANOS ("Mireddys"), through undersigned counsel, and respectfully states as follows:

1. Yesterday, March 9, 2026, Plaintiffs filed a *Motion Requesting Order* seeking, among other relief, an order compelling immediate production of emails containing the "@cartelrecords.com" domain captured from forensic extractions of devices and accounts attributed to Defendant Mireddys González-Castellanos and Defendant Ayeicha González-Castellanos ("Ayeicha").

2. Under Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant would ordinarily have fourteen (14) days to respond to Plaintiffs' motion, which would make the opposition due on **March 23, 2026**.

3. Defendant Mireddys hereby notifies the Court that she intends to vigorously oppose the motion. As presently framed, the motion relies on a number of procedural assertions and factual characterizations that are presented without necessary context and, in almost all respects, are inaccurate, incomplete, or misleading.

4.  Defendant will address these matters in detail in her opposition and will provide the Court with the appropriate procedural and factual context necessary for a proper evaluation of the issues raised by Plaintiffs.

5.  Defendant also notes that the motion seeks relief that implicates matters involving multiple parties and extracted data whose handling and scope remain the subject of ongoing procedural developments in this case, including issues tied to the participation of co-Defendant Ayeicha González-Castellanos.

6.  At present, new counsel has not appeared for Ms. Ayeicha González-Castellanos, and the Court has granted her until **March 19, 2026** to announce new counsel. The posture of Plaintiffs' motion necessarily intersects with that circumstance.

7.  Notwithstanding the time otherwise available under the Rules, Defendant wishes to assist the Court in addressing the matter promptly. Accordingly, Defendant voluntarily shortens her response period and presently anticipates filing her opposition **on or before Monday, March 16, 2026**.

8.  This notice is submitted so that the Court is aware that the motion will be fully contested and that Defendant will address and clarify the factual and procedural record in her forthcoming opposition.

WHEREFORE, Defendant Mireddys González-Castellanos respectfully notifies the Court of her intent to oppose Plaintiffs' *Motion Requesting Order* and informs the Court that her opposition will be filed on or before **March 16, 2026**, unless otherwise ordered by the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this March 10, 2026.

<u>**COUNSEL FOR MIREDDYS GONZÁLEZ-CASTELLANOS**</u>:

| | |
|---|---|
| **Marichal Hernández LLC**<br>1510 F.D Roosevelt Avenue, Fl. 9<br>Guaynabo, PR, 00968-2620<br>PO Box 190095<br>San Juan, PR 00919-0095<br>Tel. 787.753.1565<br>Fax. 787.763.1704<br><br>/s/**Rafael Santiago-Rosa**<br>USDC NO.: 211705<br>rsantiago@mhlex.com<br><br>**/s/José R. Negrón-Fernández**<br>José R. Negrón-Fernández<br>USDC P.R. NO. 212713<br><br>/s/**Miguel A. Rangel-Rosas**<br>USDC NO.: 218601<br>mrangel@mhlex.com | **Pedro J. Rivera Rivera, Law Office**<br>**USDC # 228702**<br>Edificio Triple S Plaza<br>1510 Ave. FD Roosevelt<br>Ste 9B-1<br>Guaynabo, PR 00968<br><br>Mobile 787-599-3702<br>E-mail: pjrivera@pjrlex.com<br><br>*S/Pedro J. Rivera-Rivera*<br>**PEDRO J. RIVERA RIVERA** |